UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RUSTEM KAZAZI; LEJLA KAZAZI; and ERALD KAZAZI, <br><br> *Movants*, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION; UNITED STATES OF AMERICA; KEVIN McALEENAN, Commissioner, U.S. Customs and Border Protection, sued in his official capacity; TIMOTHY STARK, agent of U.S. Customs and Border Protection, sued in his individual capacity; and UNKNOWN AGENTS OF U.S. CUSTOMS AND BORDER PROTECTION, sued in their individual capacities <br><br> *Respondents.* | No. _____ |

### EXHIBITS TO RULE 41(G) MOTION FOR RETURN OF PROPERTY

Patrick T. Lewis (78314)
BakerHostetler LLP
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 621-0200 / Fax (216) 696-0740
Email: plewis@bakerlaw.com

*Counsel for Movants*

# TABLE OF CONTENTS

| Exhibit Description | Exhibit No. |
|---|---|
| Declaration of Rustem Kazazi in Support of Rule 41(G) Motion for Return of Property | 1 |
| Declaration of Lejla Kazazi in Support of Rule 41(G) Motion for Return of Property | 2 |
| Declaration of Erald Kazazi in Support of Rule 41(G) Motion for Return of Property | 3 |
| Custody Receipt for Seized Property and Evidence (10/24/17) | 4 |
| Notice of Seizure and Information to Claimants CAFRA Form (12/1/17) | 5 |
| Emails with Johanna Talcott and Wesley Hottot (12/6-8/17) | 6 |
| Amended Notice of Seizure and Information to Claimants CAFRA Form (12/1/17) | 7 |
| U.S. Customs and Border Protection CAFRA Seized Asset Claim Form (1/3/18) | 8 |
| Erald Kazazi Claim Form (1/3/18) | 9 |
| Lejla Kazazi Claim Form (1/3/18) | 10 |
| Emails with Dawn Wesley-Ventura with Claim Forms (1/3/18) | 11 |
| Rustem Additional Claim (1/10/18) | 12 |
| Lejla Additional Claim (1/10/18) | 13 |
| Email to Wesley-Ventura with Additional Claims (1/17/18) | 14 |
| Certified Mail Receipt (1/8/18) | 15 |
| Email Acknowledging Claims (1/17/18) | 16 |
| Email from Sarnecki (3/21/18) | 17 |
| Email to Sarnecki (3/27/18) | 18 |
| Email from Sarnecki (3/27/18) | 19 |
| Exhibit 20 – Disk | 20 |
| Email to Sarnecki and Wesley-Ventura (4/23/18) | 21 |
| Email from Westley-Ventura (4/25/18) | 22 |
| Email to Wesley-Ventura (4/25/18) | 23 |
| Email from Wesley-Ventura (4/25/18) | 24 |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 31st day of May, 2018, I caused a copy of the foregoing Exhibits to Rule 41(g) Motion for Return of Property to be served on the Respondents by certified U.S. mail, return receipt requested:

United States of America
c/o Civil Process Clerk
Office of the U.S. Attorney
801 West Superior Avenue, Suite 400
Cleveland, OH 44113-1852

Attorney General Jeff Sessions
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Agent Timothy Stark and Unknown Agents
U.S. Customs and Border Protection
6747 Engle Road
Middleburg Heights, OH 44130

U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

Commissioner Kevin McAleenan
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

/s/ Patrick T. Lewis/ep
Patrick T. Lewis (0078314)
*Counsel for Movants*