# EXHIBIT 4

Case: 1:18-mc-00051-DAP Doc #: 1-5 Filed: 05/31/18 1 of 2. PageID #: 49

# DEPARTMENT OF HOMELAND SECURITY

**No. 7061554**

## CUSTODY RECEIPT for
## SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| ☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐☐☐☐☐☐☐☐ |
| 3. Investigative Case No. | 4. Enforce No. |
| ☐☐☐☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐☐☐☐ |

| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 10/24/2017 | 7. Time Seized (Use 24 Hrs) 1215 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Name: RUSTEM KAZAZI | | |
| Address: 6948 GREENBRIAR DR. | 12. Remarks: | |
| PARMA HEIGHTS, OH 44130 | | |
| Telephone No. (440) 832-9071 Ext: | | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | U.S. Currency | 1 | 26 | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | |
|---|---|---|
| S/A TIMOTHY STARK  Print Name NEAL SULLIVAN | X [signature] | 10/24/2017 Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐
DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)