# EXHIBIT 6

Case: 1:18-mc-00051-DAP  Doc #: 1-7  Filed: 05/31/18  1 of 6.  PageID #: 58

## Johanna Talcott

**From:** Erald Kazazi <eraldkazazi@gmail.com>
**Sent:** Monday, May 28, 2018 3:16 PM
**To:** Johanna Talcott; Wesley Hottot
**Subject:** Fwd: Rustem Kazazi CAFRA form Case No. 2018-4101-00007901
**Attachments:** 2018410100007901.pdf

---------- Forwarded message ----------
From: **WESLEY-VENTURA, DAWN M** <dawn.m.wesley-ventura@cbp.dhs.gov>
Date: Fri, Dec 8, 2017 at 5:09 PM
Subject: RE: Rustem Kazazi CAFRA form Case No. 2018-4101-00007901
To: Erald Kazazi <eraldkazazi@gmail.com>

Hello Mr. Kazazi,

Attached is the *Amended* notice to correct the deadline date to file Court Action.

Please understand that you have 30 days from the date of the notice to file a Petition (which would be reviewed locally). Should you choose the option to file a Court Action; that will be sent to our legal department to be reviewed and possibly forwarded to the U.S. Attorney's Office.

Feel free to contact me with any further questions.

Thank you,

*Dawn Wesley-Ventura*

Paralegal Specialist

U.S. Customs & Border Protection

Cleveland Office of Field Operations

440-891-2521

1

**From:** Erald Kazazi [mailto:eraldkazazi@gmail.com]
**Sent:** Thursday, December 07, 2017 2:44 PM
**To:** CLAGETT, JEFFREY L <jeffrey.l.clagett@cbp.dhs.gov>; WESLEY-VENTURA, DAWN M <dawn.m.wesley-ventura@cbp.dhs.gov>
**Subject:** Re: Rustem Kazazi CAFRA form Case No. 2018-4101-00007901

Mr. Clagett and Ms. Ventura,

Based on our previous e-mails and the fact that corrections will be needed to be made on the case, we will assume the date of January 5th, 2018 as the date to respond to the Notice of Seizure and Information to Claimants CAFRA Form mailed on December 1st, 2017.

January 5th is 35 days from the day the letter was mailed on December 1st which would be the deadline according to the section below:

> 4. **I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR COURT ACTION.** Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a "Seized Asset Claim" form. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. § 983(a)(2)(C) within 35 days after the date the notice of seizure was mailed, CBP will treat any submission as a petition for relief without the ability to seek future judicial forfeiture proceedings.

If you object to this, please let me know as soon as possible today.

I can be reached at (440)-832-9073

Thank you,

Erald Kazazi


On Thu, Dec 7, 2017 at 1:16 PM, CLAGETT, JEFFREY L <jeffrey.l.clagett@cbp.dhs.gov> wrote:

Mr. Kazazi,


Per our recent conversation, Ms. Wesley-Ventura did acknowledge my email to her today. She notes that she will make corrections to your case on Friday, 8 December 2017. If something should change that is shared with me, I will make you aware of it.


Jeffrey Clagett

2

From: Erald Kazazi [mailto:eraldkazazi@gmail.com]
Sent: Thursday, December 07, 2017 10:29 AM
To: CLAGETT, JEFFREY L <jeffrey.l.clagett@cbp.dhs.gov>
Subject: RE: Rustem Kazazi CAFRA form Case No. 2018-4101-00007901

Mr. Clagett,

I appreciate you taking the time to speak with me today and responding to my questions.

In the event that I am unable to get an answer from Ms. Wesley-Ventura, is it permissible for us to e-mail the response to the the notice my father received.

We would also mail it, but this would be just to ensure everything is received in time.

Thank you,

Erald Kazazi

440-832-9073

On Dec 7, 2017 10:09 AM, "CLAGETT, JEFFREY L" <jeffrey.l.clagett@cbp.dhs.gov> wrote:

Mr. Kazazi:

Thanks for taking time to speak with me this morning. I have received your "Notice of Seizure and Information to Claimants – CAFRA Form" – I will forward your concerns in this matter to Ms. Wesley-Ventura.

Thanks for your patience.

3

Jeffrey Clagett

**From:** Erald Kazazi [mailto:eraldkazazi@gmail.com]
**Sent:** Thursday, December 07, 2017 10:03 AM
**To:** CLAGETT, JEFFREY L <jeffrey.l.clagett@cbp.dhs.gov>
**Subject:** Fwd: Rustem Kazazi CAFRA form Case No. 2018-4101-00007901

Hello Mr. Claget,

I have forwarded the email. Thank you for your help.

Regards,

Erald Kazazi

---------- Forwarded message ----------
From: "Erald Kazazi" <eraldkazazi@gmail.com>
Date: Dec 7, 2017 9:23 AM
Subject: Rustem Kazazi CAFRA form Case No. 2018-4101-00007901
To: <dawn.m.wesley-ventura@cbp.dhs.gov>
Cc:

Good Morning Ms. Wesley-Ventura,

    I am the son of Rustem Kazazi, and I am contacting you on his behalf as he does not speak English and is presently located in Albania.

We just received the Notice yesterday on December 6th, 2017. I have attached it to this e-mail as reference.

Upon reading it we found some inconsistencies in the dates to act which we will need clarification on.

4

Below is the date indicated on page 3 for the Court Action option:

4. <u>Court Action:</u> On or before December 8, 2017, you may request referral of this matter to the U.S. Attorney, who will have the authority to file a forfeiture action against the property in federal court pursuant to 18 U.S.C. § 983(a)(3). <u>If you choose this option, you should check Box 4 on the "Election of Proceedings" form</u>, and fully complete the enclosed "Seized Asset Claim" form or otherwise submit a complete judicial claim as required by 18 U.S.C. § 983(a)(2)(C).

This seems to disagree with the statement on page 5 (Elections of Proceedings Form) included below:

4. **I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR COURT ACTION.** Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a "Seized Asset Claim" form. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. § 983(a)(2)(C) within 35 days after the date the notice of seizure was mailed, CBP will treat any submission as a petition for relief without the ability to seek future judicial forfeiture proceedings.

Upon reading this we cannot tell whether or not the date to respond is January 5th or December 8th.

Please clarify which date we are expected to follow.

Thank you,

Erald Kazazi