# EXHIBIT 14

Case: 1:18-mc-00051-DAP  Doc #: 1-15  Filed: 05/31/18  1 of 9.  PageID #: 113

## Johanna Talcott

**From:** Erald Kazazi <eraldkazazi@gmail.com>
**Sent:** Monday, May 28, 2018 6:27 PM
**To:** Wesley Hottot; Johanna Talcott
**Subject:** Fwd: CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION Additional Forms for Case Number 2018-4101-00007901

---------- Forwarded message ----------
From: WESLEY-VENTURA, DAWN M <dawn.m.wesley-ventura@cbp.dhs.gov>
Date: Wed, Jan 17, 2018 at 7:26 AM
Subject: RE: CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION Additional Forms for Case Number 2018-4101-00007901
To: Erald Kazazi <eraldkazazi@gmail.com>

Good morning Mr. Kazazi,

I have received your request for Court Action. The file will be sent for review per your request.

Feel free to contact me with any questions.

Thank you,

*Dawn Wesley-Ventura*

Paralegal Specialist

U.S. Customs & Border Protection

Cleveland Office of Field Operations

440-891-2521

**From:** Erald Kazazi [mailto:eraldkazazi@gmail.com]
**Sent:** Wednesday, January 10, 2018 1:21 PM
**To:** WESLEY-VENTURA, DAWN M <dawn.m.wesley-ventura@cbp.dhs.gov>
**Subject:** CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION Additional Forms for Case Number 2018-4101-00007901

1

Hello Ms. Wesley-Ventura,

I am contacting you on behalf of Rustem Kazazi and Lejla Kazazi for Case No.2018-4101-00007901.

My parents wanted to add some documentation to his claim in regards to $770.00 that was not listed on the seizure notice or amended notice. To clarify, my parents will be claiming that money too, for a total of $58,100 of U.S. Currency. They are requesting that CBP refer that amount for court action. Included are copies of my parents original claim forms and election of proceedings form.

Please let me know when it is received.

Thank you,

Erald Kazazi

2

U.S. Customs and Border Protection

Attn: FP&F

6747 Engle Road

Middleburg Heights, Ohio 44130

I am writing to you regarding Case Number: 2018-4101-00007901 and the $57,330.00 of US Currency that was seized from me. On January 3, 2018, I submitted a claim form and election of proceedings form for the $57,330.00. But there was an additional $770.00 of U.S. Currency seized from me at the same time. This amount was not listed on the seizure notice or amended notice. I want to be clear that I am making a claim and election of proceedings for that money too, for a total of $58,100 of U.S. Currency that I am claiming and requesting that CBP refer that amount for court action. I have included copies of my original claim form and election of proceedings form.

I am the owner of the additional $770.00 of seized currency, which I own jointly with my wife, Lejla Kazazi.

(ATTESTATION AND OATH)

I attest and declare *under the penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Name (Print) __RUSTEM KAZAZI__

Signature _[signature]_                    Date __01/10/2018__

## U.S. CUSTOMS AND BORDER PROTECTION
## CAFRA SEIZED ASSET CLAIM FORM

Name: __Rustem Kazazi__   Case Number: __2018-4101-00007901__

Address: __6948 Greenbriar Drive, Parma Heights,__ Telephone No: __( 440 ) 832-9073__
__Ohio, 44130__

355 69 67 32 559

**IMPORTANT:** BE SURE TO COMPLETE ALL PARTS BELOW. THIS CLAIM FORM MUST BE SIGNED BY THE CLAIMANT HIS OR HER SELF, **NOT** BY THE ATTORNEY OR OTHER REPRESENTATIVE ACTING ON BEHALF OF THE CLAIMANT.

As authorized by 18 U.S.C. § 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

### PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, aircraft tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

$32,663.00 of the $57,330.00 of U.S. Currency seized in case number 2018-4101-00007901

### PART II

State your interest in each item of property listed above. Attach additional sheets of paper if more space is needed.

I am the owner of $32,663.00 of the seized currency, which I own jointly with my wife, Lejla Kazazi.

### PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

__RUSTEM KAZAZI__   __01/03/2018__
Name (Print)   Date

_[signature]_
Signature

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. § 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.

(ATT 8-1R Revised November 2014)

## ELECTION OF PROCEEDINGS - CAFRA FORM

NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP) AT ATTN: FP&F, 6747 ENGLE ROAD, MIDDLEBURG HEIGHTS, OHIO 44130.

I understand that property in which I have an interest has been seized by CBP/Homeland Security Investigations (HSI) under case number _____2018-4101-00007901_____.

Check ONLY ONE (1) of the following choices:

☐ 1. **I REQUEST THAT CBP CONSIDER MY PETITION ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My petition is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the petition decision; or, if I choose to file a supplemental petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the supplemental petition decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my petition will stop and the case will be sent to the United States Attorney's Office for judicial forfeiture proceedings.

☐ 2. **I REQUEST THAT CBP CONSIDER MY OFFER IN COMPROMISE ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My offer is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my offer, my deadline for filing a claim is 30 days from the date of the decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my offer will stop and the case will be sent for judicial forfeiture proceedings.

☐ 3. **I ABANDON ANY CLAIM OR INTEREST I MAY HAVE IN THE PROPERTY.** I understand that no additional notice about future proceedings concerning the property will be provided to me.

☒ 4. **I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR COURT ACTION.** Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a "Seized Asset Claim" form. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. § 983(a)(2)(C) within 35 days after the date the notice of seizure was mailed, CBP will treat my submission as a petition for relief without the ability to seek future judicial forfeiture proceedings.

RUSTEM KAZAZI  
Name (Print)

01/03/2018  
Date

[signature]  
Signature

U.S. Customs and Border Protection

Attn: FP&F

6747 Engle Road

Middleburg Heights, Ohio 44130

I am writing to you regarding Case Number: 2018-4101-00007901 and the $57,330.00 of US Currency that was seized from my husband. On January 3, 2018, I submitted a claim form and election of proceedings form for the $57,330.00. But there was an additional $770.00 of U.S. Currency seized from my husband, Rustem Kazazi, at the same time. This amount was not listed on the seizure notice or amended notice. I want to be clear that I am making a claim and election of proceedings for that money too, for a total of $58,100 of U.S. Currency that I am claiming and requesting that CBP refer that amount for court action. I have included copies of my original claim form and election of proceedings form.

I am the owner of the additional $770.00 of seized currency, which I own jointly with my husband, Rustem Kazazi.

(ATTESTATION AND OATH)

I attest and declare *under the penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Name (Print) LEJLA KAZAZI

Signature *Lejla Kazazi*          Date 1/10/2018

## U.S. CUSTOMS AND BORDER PROTECTION
## CAFRA SEIZED ASSET CLAIM FORM

Name: Lejla Kazazi

Address: 6949 Greenbriar Drive, Parma Heights, Ohio, 44130

Case Number: 2018-4101-00007901

Telephone No: ( 440 ) 832-9072

**IMPORTANT:** BE SURE TO COMPLETE ALL PARTS BELOW. THIS CLAIM FORM MUST BE SIGNED BY THE CLAIMANT HIS OR HER SELF, **NOT** BY THE ATTORNEY OR OTHER REPRESENTATIVE ACTING ON BEHALF OF THE CLAIMANT.

As authorized by 18 U.S.C. § 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

### PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, aircraft tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

$32,663.00 of the $57,330.00 of U.S. Currency seized in case number: 2018-4101-00007901

### PART II

State your interest in each item of property listed above. Attach additional sheets of paper if more space is needed.

I am the owner of $32,663.00 of the seized currency, which I own jointly with my husband, Rustem Kazazi.

### PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

LEJLA KAZAZI
Name (Print)

01/03/2018
Date

*Lejla Kazazi*
Signature

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. § 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.

(ATT 8-H: Revised November 2014)

## ELECTION OF PROCEEDINGS - CAFRA FORM

NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP) AT ATTN: FP&F, 6747 ENGLE ROAD, MIDDLEBURG HEIGHTS, OHIO 44130.

I understand that property in which I have an interest has been seized by CBP/Homeland Security Investigations (HSI) under case number _____ 2018-4101-00007901 _____.

Check ONLY ONE (1) of the following choices:

☐ 1. I REQUEST THAT CBP CONSIDER MY **PETITION** ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My petition is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the petition decision; or, if I choose to file a supplemental petition, my deadline for filing a claim as required by 18 U.S.C. § 983(a)(2)(B) is 60 days from the date of the supplemental petition decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my petition will stop and the case will be sent to the United States Attorney's Office for judicial forfeiture proceedings.

☐ 2. I REQUEST THAT CBP CONSIDER MY **OFFER IN COMPROMISE** ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My offer is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my offer, my deadline for filing a claim is 30 days from the date of the decision. If I file a complete "Seized Asset Claim" form or other claim consistent with the requirements of 18 U.S.C. § 983(a)(2)(C), CBP consideration of my offer will stop and the case will be sent for judicial forfeiture proceedings.

☐ 3. I **ABANDON** ANY CLAIM OR INTEREST I MAY HAVE IN THE PROPERTY. I understand that no additional notice about future proceedings concerning the property will be provided to me.

☑ 4. I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR **COURT ACTION**. Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a "Seized Asset Claim" form. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. § 983(a)(2)(C) within 35 days after the date the notice of seizure was mailed, CBP will treat any submission as a petition for relief without the ability to seek future judicial forfeiture proceedings.

LEJLA KAZAZI  
Name (Print)

01/03/2018  
Date

*Lejla Kazazi*  
Signature