# EXHIBIT 15

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Customs and Border Protection.
Attn: FP&F
6747 Engle Road Middleburg Heights, Ohio 44130

9590 9402 2987 7094 0013 28

2. Article Number (Transfer from service label)

7017 1000 0000 0141 8206

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_
☐ Agent
☐ Addressee

B. Received by (Printed Name): J. Cooper
C. Date of Delivery: JAN -9 2018

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ed Mail
☐ ed Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**USPS TRACKING #**

9590 9402 2987 7094 0013 28

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box

Lejla Kazazi
6948 Greenbriar Drive
Parma Heights
OH 44130

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10