# EXHIBIT 16

# Johanna Talcott

| | |
|---|---|
| **From:** | Erald Kazazi <eraldkazazi@gmail.com> |
| **Sent:** | Monday, April 16, 2018 3:21 PM |
| **To:** | Wesley Hottot; Johanna Talcott |
| **Subject:** | Fwd: CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION Additional Forms for Case Number 2018-4101-00007901 |

---------- Forwarded message ---------
From: WESLEY-VENTURA, DAWN M <dawn.m.wesley-ventura@cbp.dhs.gov>
Date: Wed, Jan 17, 2018, 7:26 AM
Subject: RE: CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION Additional Forms for Case Number 2018-4101-00007901
To: Erald Kazazi <eraldkazazi@gmail.com>

Good morning Mr. Kazazi,

I have received your request for Court Action. The file will be sent for review per your request.

Feel free to contact me with any questions.

Thank you,

*Dawn Wesley-Ventura*

Paralegal Specialist

U.S. Customs & Border Protection

Cleveland Office of Field Operations

440-891-2521

From: Erald Kazazi [mailto:eraldkazazi@gmail.com]
Sent: Wednesday, January 10, 2018 1:21 PM
To: WESLEY-VENTURA, DAWN M <dawn.m.wesley-ventura@cbp.dhs.gov>
Subject: CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION Additional Forms for Case Number 2018-4101-00007901

1

Hello Ms. Wesley-Ventura,

I am contacting you on behalf of Rustem Kazazi and Lejla Kazazi for Case No.2018-4101-00007901.

My parents wanted to add some documentation to his claim in regards to $770.00 that was not listed on the seizure notice or amended notice. To clarify, my parents will be claiming that money too, for a total of $58,100 of U.S. Currency. They are requesting that CBP refer that amount for court action. Included are copies of my parents original claim forms and election of proceedings form.

Please let me know when it is received.

Thank you,

Erald Kazazi