# EXHIBIT 17

## Johanna Talcott

**From:** Erald Kazazi <eraldkazazi@gmail.com>
**Sent:** Tuesday, May 29, 2018 9:40 PM
**To:** Johanna Talcott; Wesley Hottot
**Subject:** Fwd: Kazazi; Customs and Border Protection FPF Case No 2018 4101-00007901

---------- Forwarded message ----------
From: **SARNECKI, CAROLYN M (OCC)** <CAROLYN.M.SARNECKI@cbp.dhs.gov>
Date: Wed, Mar 21, 2018 at 7:03 PM
Subject: Kazazi; Customs and Border Protection FPF Case No 2018 4101-00007901
To: "eraldkazazi@gmail.com" <eraldkazazi@gmail.com>

Good evening,

I am an attorney with U.S. Customs and Border Protection. Our Agency is in receipt of the claims you submitted on behalf of yourself and Mr. and Mrs. Rustem and Lejla Kazazi.

I would like to discuss these claims with you. Please give me a call back at (312) 983-9200.

Regards,

**Carolyn M. Sarnecki**

Attorney | Office of Associate Chief Counsel | U.S. Customs and Border Protection

610 South Canal Street | Suite 767 | Chicago, IL 60607 Tel. (312) 983-9200 | Fax (312) 353-9206

carolyn.sarnecki@dhs.gov

This document and any attachment(s) hereto, may contain confidential and/or sensitive attorney-client privileged information, attorney work product and/or U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please consult with the U.S. Customs and Border Protection, Office of Chief Counsel, before disclosing any information contained in this document.