EXHIBIT 18

**Johanna Talcott**

| | |
|---|---|
| **From:** | Erald Kazazi <eraldkazazi@gmail.com> |
| **Sent:** | Tuesday, May 29, 2018 9:44 PM |
| **To:** | Wesley Hottot; Johanna Talcott |
| **Subject:** | Fwd: Kazazi; Customs and Border Protection FPF Case No 2018 4101-00007901 |

---------- Forwarded message ----------
From: **Erald Kazazi** <eraldkazazi@gmail.com>
Date: Tue, Mar 27, 2018 at 11:24 AM
Subject: Re: Kazazi; Customs and Border Protection FPF Case No 2018 4101-00007901
To: "SARNECKI, CAROLYN M (OCC)" <CAROLYN.M.SARNECKI@cbp.dhs.gov>

Hello Ms. Sarnecki,

   I'm sorry for the delay in response. Please let me know what you would like to discuss regarding the claims. I would prefer our communication to be done via e-mail / writing.

Thank you,

Erald Kazazi

On Wed, Mar 21, 2018 at 7:03 PM, SARNECKI, CAROLYN M (OCC) <CAROLYN.M.SARNECKI@cbp.dhs.gov> wrote:

  Good evening,

  I am an attorney with U.S. Customs and Border Protection.  Our Agency is in receipt of the claims you submitted on behalf of yourself and Mr. and Mrs. Rustem and Lejla Kazazi.

  I would like to discuss these claims with you.  Please give me a call back at (312) 983-9200.

  Regards,

  **Carolyn M. Sarnecki**

  Attorney | Office of Associate Chief Counsel | U.S. Customs and Border Protection

  610 South Canal Street | Suite 767 | Chicago, IL 60607 Tel. (312) 983-9200 | Fax (312) 353-9206

  carolyn.sarnecki@dhs.gov

This document and any attachment(s) hereto, may contain confidential and/or sensitive attorney-client privileged information, attorney work product and/or U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please consult with the U.S. Customs and Border Protection, Office of Chief Counsel, before disclosing any information contained in this document.