# EXHIBIT 19

## Johanna Talcott

**From:** Erald Kazazi <eraldkazazi@gmail.com>
**Sent:** Monday, May 28, 2018 6:31 PM
**To:** Wesley Hottot; Johanna Talcott
**Subject:** Fwd: Kazazi; Customs and Border Protection FPF Case No 2018 4101-00007901

---------- Forwarded message ----------
From: SARNECKI, CAROLYN M (OCC) <CAROLYN.M.SARNECKI@cbp.dhs.gov>
Date: Tue, Mar 27, 2018 at 11:55 AM
Subject: RE: Kazazi; Customs and Border Protection FPF Case No 2018 4101-00007901
To: Erald Kazazi <eraldkazazi@gmail.com>

Mr. Kazazi,

Thank you for the response.

In the hopes of conserving resources for both the Agency and the Claimants here, I am reaching out to see if you, and Mr. and Mrs. Rustem and Lejla Kazazi would consider having Customs and Border Protection handle the forfeiture matter administratively. Otherwise, because all three of the claimants checked the box for a "claim for judicial forfeiture," we will have to send the matter to the U.S. Attorney's Office for institution of a forfeiture case in federal district court. If you agree to have the Agency handled it administratively, you would agree to withdraw the "claims" and instead check the box for a "petition." Even if you proceed with a "petition," you can preserve the right to file a "claim" later down the line, should you choose to.

Finally, do you have any proof of a legitimate source of income for the seized currency?

Thank you in advance,

**Carolyn M. Sarnecki**

Attorney | Office of Associate Chief Counsel | U.S. Customs and Border Protection

610 South Canal Street | Suite 767 | Chicago, IL 60607 Tel. (312) 983-9200 | Fax (312) 353-9206

carolyn.sarnecki@dhs.gov

This document and any attachment(s) hereto, may contain confidential and/or sensitive attorney-client privileged information, attorney work product and/or U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please consult with the U.S. Customs and Border Protection, Office of Chief Counsel, before disclosing any information contained in this document.

**From:** Erald Kazazi [mailto:eraldkazazi@gmail.com]
**Sent:** Tuesday, March 27, 2018 10:24 AM
**To:** SARNECKI, CAROLYN M (OCC) <CAROLYN.M.SARNECKI@cbp.dhs.gov>
**Subject:** Re: Kazazi; Customs and Border Protection FPF Case No 2018 4101-00007901

Hello Ms. Sarnecki,

    I'm sorry for the delay in response. Please let me know what you would like to discuss regarding the claims. I would prefer our communication to be done via e-mail / writing.

Thank you,

Erald Kazazi

On Wed, Mar 21, 2018 at 7:03 PM, SARNECKI, CAROLYN M (OCC) <CAROLYN.M.SARNECKI@cbp.dhs.gov> wrote:

Good evening,

I am an attorney with U.S. Customs and Border Protection. Our Agency is in receipt of the claims you submitted on behalf of yourself and Mr. and Mrs. Rustem and Lejla Kazazi.

I would like to discuss these claims with you. Please give me a call back at (312) 983-9200.

Regards,

**Carolyn M. Sarnecki**

Attorney | Office of Associate Chief Counsel | U.S. Customs and Border Protection

610 South Canal Street | Suite 767 | Chicago, IL 60607 Tel. (312) 983-9200 | Fax (312) 353-9206

carolyn.sarnecki@dhs.gov

This document and any attachment(s) hereto, may contain confidential and/or sensitive attorney-client privileged information, attorney work product and/or U.S. Government Information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please consult with the U.S. Customs and Border Protection, Office of Chief Counsel, before disclosing any information contained in this document.