# EXHIBIT 20

