# EXHIBIT 21

## Johanna Talcott

**From:** Erald Kazazi <eraldkazazi@gmail.com>
**Sent:** Tuesday, May 29, 2018 9:45 PM
**To:** Johanna Talcott; Wesley, Hottot
**Subject:** Fwd: KAZAZI CASE # 2018-4101-00007901 CONFIDENTIAL ATTORNEY/CLIENT Communication

---------- Forwarded message ----------
From: **Erald Kazazi** <eraldkazazi@gmail.com>
Date: Mon, Apr 23, 2018 at 5:30 PM
Subject: KAZAZI CASE # 2018-4101-00007901 CONFIDENTIAL ATTORNEY/CLIENT Communication
To: "SARNECKI, CAROLYN M (OCC)" <CAROLYN.M.SARNECKI@cbp.dhs.gov>, "WESLEY-VENTURA, DAWN M" <dawn.m.wesley-ventura@cbp.dhs.gov>

Hello,

Will you please update me about the status of our money in case no. 2018-4101-00007901, now that the deadline has passed? If CBP is going to continue to hold the money, please tell me why.

Thank you,

Erald Kazazi

1