# EXHIBIT 22

## Johanna Talcott

| | |
|---|---|
| **From:** | Erald Kazazi <eraldkazazi@gmail.com> |
| **Sent:** | Monday, May 28, 2018 4:25 PM |
| **To:** | Johanna Talcott; Wesley Hottot |
| **Subject:** | Fwd: KAZAZI CASE # 2018-4101-00007901 CONFIDENTIAL ATTORNEY/CLIENT Communication |

---------- Forwarded message ----------
From: **WESLEY-VENTURA, DAWN M** <dawn.m.wesley-ventura@cbp.dhs.gov>
Date: Wed, Apr 25, 2018 at 11:26 AM
Subject: RE: KAZAZI CASE # 2018-4101-00007901 CONFIDENTIAL ATTORNEY/CLIENT Communication
To: Erald Kazazi <eraldkazazi@gmail.com>

Good morning Mr. Kazazi,

You have requested to file a Court Action for the above referenced case. Your case is currently with the U.S. Attorney's Office. This process can take an extended amount of time to review. Once there is any information, I will contact you with an update.

Feel free to contact me with any questions.

Thank you,

*Dawn Wesley-Ventura*

Paralegal Specialist

U.S. Customs & Border Protection

Cleveland Office of Field Operations

440-891-2521

1

**From:** Erald Kazazi <eraldkazazi@gmail.com>
**Sent:** Monday, April 23, 2018 5:31 PM
**To:** SARNECKI, CAROLYN M (OCC) <CAROLYN.M.SARNECKI@cbp.dhs.gov>; WESLEY-VENTURA, DAWN M <dawn.m.wesley-ventura@cbp.dhs.gov>
**Subject:** KAZAZI CASE # 2018-4101-00007901 CONFIDENTIAL ATTORNEY/CLIENT Communication


Hello,

Will you please update me about the status of our money in case no. 2018-4101-00007901, now that the deadline has passed? If CBP is going to continue to hold the money, please tell me why.

Thank you,

Erald Kazazi