# EXHIBIT 23

Case: 1:18-mc-00051-DAP Doc #: 1-24 Filed: 05/31/18 1 of 2. PageID #: 144

## Johanna Talcott

**From:** Erald Kazazi <eraldkazazi@gmail.com>
**Sent:** Tuesday, May 29, 2018 9:57 PM
**To:** Johanna Talcott; Wesley Hottot
**Subject:** Fwd: KAZAZI CASE # 2018-4101-00007901 CONFIDENTIAL ATTORNEY/CLIENT Communication

---------- Forwarded message ----------
From: **Erald Kazazi** <eraldkazazi@gmail.com>
Date: Wed, Apr 25, 2018 at 2:17 PM
Subject: Re: KAZAZI CASE # 2018-4101-00007901 CONFIDENTIAL ATTORNEY/CLIENT Communication
To: "WESLEY-VENTURA, DAWN M" <dawn.m.wesley-ventura@cbp.dhs.gov>

Ms. Wesley-Ventura,

Can you tell me who to contact at the U.S. Attorney's Office?

Thank you,

Erald Kazazi

1