# EXHIBIT 24

**Johanna Talcott**

| | |
|---|---|
| **From:** | Erald Kazazi <eraldkazazi@gmail.com> |
| **Sent:** | Monday, May 28, 2018 5:04 PM |
| **To:** | Wesley Hottot; Johanna Talcott |
| **Subject:** | Fwd: KAZAZI CASE # 2018-4101-00007901 CONFIDENTIAL ATTORNEY/CLIENT Communication |

---------- Forwarded message ----------
From: **WESLEY-VENTURA, DAWN M** <dawn.m.wesley-ventura@cbp.dhs.gov>
Date: Wed, Apr 25, 2018 at 2:22 PM
Subject: RE: KAZAZI CASE # 2018-4101-00007901 CONFIDENTIAL ATTORNEY/CLIENT Communication
To: Erald Kazazi <eraldkazazi@gmail.com>

Hello Mr. Kazazi,

We do not have a contact for the U.S. Attorney's Office. We will not know who is reviewing the Court Action until a decision has been made.

Feel free to contact me with any questions.

Thank you,

*Dawn Wesley-Ventura*

Paralegal Specialist

U.S. Customs & Border Protection

Cleveland Office of Field Operations

440-891-2521

1

**From:** Erald Kazazi <eraldkazazi@gmail.com>
**Sent:** Wednesday, April 25, 2018 2:17 PM
**To:** WESLEY-VENTURA, DAWN M <dawn.m.wesley-ventura@cbp.dhs.gov>
**Subject:** Re: KAZAZI CASE # 2018-4101-00007901 CONFIDENTIAL ATTORNEY/CLIENT Communication


Ms. Wesley-Ventura,

Can you tell me who to contact at the U.S. Attorney's Office?


Thank you,

Erald Kazazi




On Wed, Apr 25, 2018 at 11:26 AM, WESLEY-VENTURA, DAWN M <dawn.m.wesley-ventura@cbp.dhs.gov> wrote:

Good morning Mr. Kazazi,


You have requested to file a Court Action for the above referenced case. Your case is currently with the U.S. Attorney's Office. This process can take an extended amount of time to review. Once there is any information, I will contact you with an update.


Feel free to contact me with any questions.


Thank you,

*Dawn Wesley-Ventura*

Paralegal Specialist

U.S. Customs & Border Protection

2

Cleveland Office of Field Operations

440-891-2521

**From:** Erald Kazazi <eraldkazazi@gmail.com>
**Sent:** Monday, April 23, 2018 5:31 PM
**To:** SARNECKI, CAROLYN M (OCC) <CAROLYN.M.SARNECKI@cbp.dhs.gov>; WESLEY-VENTURA, DAWN M <dawn.m.wesley-ventura@cbp.dhs.gov>
**Subject:** KAZAZI CASE # 2018-4101-00007901 CONFIDENTIAL ATTORNEY/CLIENT Communication

Hello,

Will you please update me about the status of our money in case no. 2018-4101-00007901, now that the deadline has passed? If CBP is going to continue to hold the money, please tell me why.

Thank you,

Erald Kazazi

3