# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| RUSTEM KAZAZI; LEJLA KAZAZI; and ERALD KAZAZI,<br><br>*Movants*,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; UNITED STATES OF AMERICA; KEVIN McALEENAN, Commissioner, U.S. Customs and Border Protection, sued in his official capacity; TIMOTHY STARK, agent of U.S. Customs and Border Protection, sued in his individual capacity; and UNKNOWN AGENTS OF U.S. CUSTOMS AND BORDER PROTECTION, sued in their individual capacities<br><br>*Respondents*. | Case No. 1:18-mc-51<br><br>Judge Dan Aaron Polster<br><br>**Movants' Motion for Admission Pro Hac Vice of Johanna Talcott** |

Pursuant to Local Rule 83.5(h), Movants Rustem Kazazi, Lejla Kazazi, and Erald Kazazi, by and through their undersigned counsel, hereby move this Court for the admission *pro hac vice* of Johanna Beth Talcott, so that she may appear and participate in this case on their behalf.

Ms. Talcott is a member in good standing of the State Bar of California (admitted December 1, 2016, bar number 311491). A Certificate of Good Standing from the Supreme Court of the State of California is attached as **Exhibit 1**.

Ms. Talcott is not now, nor has she ever been disbarred or suspended from practice before any bar, court, department, bureau, or commission of any State of the United States, nor has she ever received any reprimand from any such bar, court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Her contact information is:

Johanna Talcott
Institute for Justice
2 South Biscayne Boulevard, Suite 3180
Miami, FL 33131-1803
T: (305) 721-1600
F: (305) 721-1601
Email: jtalcott@ij.org

To the extent that good cause is required for admission *pro hac vice*, good cause exists. Ms. Talcott and the Institute for Justice have experience working on civil forfeiture cases, like this case, in which property owners have had relatively small sums of money seized from them. The Institute for Justice is a non-profit, public-interest law firm, which represents all of its clients *pro bono*. The Kazazis believe that they will benefit from the *pro bono* representation of Ms. Talcott and the Institute for Justice, as they work to navigate the complex procedural and substantive issues raised by this case. Of particular benefit to the Kazazis is the Institute for Justice's willingness to provide legal services for free, so that the value of the property at issue is not outstripped by the cost of litigating for its rightful return.

For the foregoing reasons, local counsel for the Kazazis respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Johanna Beth Talcott.

DATED this May 31, 2018.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Patrick T. Lewis
　　　　　　　　　　　　　　　　　　Patrick T. Lewis (0078314)
　　　　　　　　　　　　　　　　　　BakerHostetler LLP
　　　　　　　　　　　　　　　　　　127 Public Square, Suite 2000
　　　　　　　　　　　　　　　　　　Cleveland, OH 44114-1214
　　　　　　　　　　　　　　　　　　P: (216) 621-0200
　　　　　　　　　　　　　　　　　　F: (216) 696-0740
　　　　　　　　　　　　　　　　　　Email: plewis@bakerlaw.com


　　　　　　　　　　　　　　　　　　/s/ Johanna Talcott
　　　　　　　　　　　　　　　　　　Johanna Talcott (CA state bar no. 311491)*
　　　　　　　　　　　　　　　　　　Institute for Justice
　　　　　　　　　　　　　　　　　　2 South Biscayne Boulevard, Suite 3180
　　　　　　　　　　　　　　　　　　Miami, FL 33131-1803
　　　　　　　　　　　　　　　　　　T: (305) 721-1600
　　　　　　　　　　　　　　　　　　F: (305) 721-1601
　　　　　　　　　　　　　　　　　　Email: jtalcott@ij.org

　　　　　　　　　　　　　　　　　　*Attorneys for Movants Rustem Kazazi, Lejla Kazazi, & Erald Kazazi*

　　　　　　　　　　　　　　　　　　* Motion for admission *pro hac vice* pending

### CERTIFICATE OF SERVICE

I further certify that on this 31st day of May, 2018, I caused a copy of the foregoing Motion and the accompanying exhibit to be served on the Respondents by certified mail, return receipt requested, at the addresses identified below:

| | |
|---|---|
| U.S. Customs and Border Protection<br>1300 Pennsylvania Ave. NW<br>Washington, DC 20229 | U.S. Customs and Border Protection<br>c/o Attorney General Jefferson Sessions<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 |
| U.S. Customs and Border Protection<br>c/o U.S. Attorney for the Northern District of Ohio<br>801 West Superior Ave., Suite 400<br>Cleveland, Ohio 44113 | U.S. Customs and Border Protection<br>Field Office<br>610 S. Canal Street, Rm. 300<br>Chicago, IL 60607 |

Carolyn M. Sarnecki, Esq.
Office of Associate Chief Counsel
U.S. Customs and Border Protection
610 South Canal Street, Suite 767
Chicago, IL 60607

U.S. Attorney for the Northern District of Ohio
Civil Process Clerk
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113

Kevin McAleenan, Commissioner
c/o Attorney General Jefferson Sessions
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Agent Timothy Stark
U.S. Customs and Border Protection
6747 Engle Road
Middleburg Heights, OH 44130

Agent Timothy Stark
c/o U.S. Attorney for the Northern District of Ohio
Civil Process Clerk
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113

Unknown Agents of U.S. Customs and Border Protection
c/o U.S. Attorney for the Northern District of Ohio
Civil Process Clerk
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113

The Honorable Jefferson Sessions
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Kevin McAleenan, Commissioner
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

Kevin McAleenan, Commissioner
c/o U.S. Attorney for the Northern District of Ohio
Civil Process Clerk
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113

Agent Timothy Stark
c/o Attorney General Jefferson Sessions
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Unknown Agents of U.S. Customs and Border Protection
c/o Attorney General Jefferson Sessions
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

      /s/ Patrick T. Lewis_____
      Patrick T. Lewis (0078314)
      *Counsel for Movant*

111776.098901 4827-0577-2903