# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| RUSTEM KAZAZI; LEJLA KAZAZI; and ERALD KAZAZI,<br><br>*Movants*,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; UNITED STATES OF AMERICA; KEVIN McALEENAN, Commissioner, U.S. Customs and Border Protection, sued in his official capacity; TIMOTHY STARK, agent of U.S. Customs and Border Protection, sued in his individual capacity; and UNKNOWN AGENTS OF U.S. CUSTOMS AND BORDER PROTECTION, sued in their individual capacities<br><br>*Respondents*. | Case No. 1:18-mc-51<br><br>Judge Dan Aaron Polster<br><br>**Amended Certificate of Service for Rule 41(g) Motion for Return of Property** |

I hereby certify that, on this 31st day of May, 2018, I caused to be filed the foregoing Rule 41(g) Motion for Return of Property and the accompanying exhibits in person with the Clerk of Court for the United States District Court for the Northern District of Ohio.

I further certify that on this day, I caused a copy of the foregoing Motion and the accompanying exhibits to be served on the Respondents by certified mail, return receipt requested, at the addresses identified below:

U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

U.S. Customs and Border Protection
c/o Attorney General Jefferson Sessions
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

U.S. Customs and Border Protection
c/o U.S. Attorney for the Northern District of Ohio
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113

Carolyn M. Sarnecki, Esq.
Office of Associate Chief Counsel
U.S. Customs and Border Protection
610 South Canal Street, Suite 767
Chicago, IL 60607

U.S. Attorney for the Northern District of Ohio
Civil Process Clerk
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113

Kevin McAleenan, Commissioner
c/o Attorney General Jefferson Sessions
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Agent Timothy Stark
U.S. Customs and Border Protection
6747 Engle Road
Middleburg Heights, OH 44130

Agent Timothy Stark
c/o U.S. Attorney for the Northern District of Ohio
Civil Process Clerk
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113

Unknown Agents of U.S. Customs and Border Protection
c/o U.S. Attorney for the Northern District of Ohio
Civil Process Clerk
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113

U.S. Customs and Border Protection
Field Office
610 S. Canal Street, Rm. 300
Chicago, IL 60607

The Honorable Jefferson Sessions
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Kevin McAleenan, Commissioner
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

Kevin McAleenan, Commissioner
c/o U.S. Attorney for the Northern District of Ohio
Civil Process Clerk
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113

Agent Timothy Stark
c/o Attorney General Jefferson Sessions
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Unknown Agents of U.S. Customs and Border Protection
c/o Attorney General Jefferson Sessions
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

 

/s/ Patrick T. Lewis
Patrick T. Lewis (0078314)
*Counsel for Movant*

111776.098901 4839-9001-6359