# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RUSTEM KAZAZI, et al. | ) | CASE NO.: 4:18-mc-00051-DAP |
| | ) | |
| Movants, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. CUSTOMS AND BORDER | ) | |
| PROTECTION, et al. | ) | NOTICE OF APPEARANCE |
| | ) | |
| Respondents. | ) | |

Notice is hereby given that Assistant United States Attorneys Renée A. Bacchus, lead counsel, and Lisa Hammond Johnson, co-counsel, hereby enter their appearances as counsel of record on behalf of the following named defendants, the United States of America, U.S. Customs and Border Protection, and Commissioner Kevin McAleenan, U.S. Customs and Border Protection, in his official capacity.

This notice does not waive any defects in service.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney
Northern District of Ohio

        By:    s/*Renée A. Bacchus*
                Renée A. Bacchus (#0063676)
                Lisa Hammond Johnson (#0061681)
                Assistant United States Attorneys
                United States Court House
                801 West Superior Avenue, Suite 400
                Cleveland, Ohio 44113-1852
                (216) 622-3707
                (216) 622-3679
                (216) 522-4982 – Facsimile
                Renee.bacchus@usdoj.gov
                Lisa.hammond.johnson@usdoj.gov
                Attorneys for Respondents

## CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of June 2018, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                s/*Renée A. Bacchus*
                Renée A. Bacchus
                Assistant U.S. Attorney