UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RUSTEM KAZAZI; LEJLA KAZAZI; and ERALD KAZAZI,<br><br>*Movants*,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; UNITED STATES OF AMERICA; KEVIN McALEENAN, Commissioner, U.S. Customs and Border Protection, sued in his official capacity; TIMOTHY STARK, agent of U.S. Customs and Border Protection, sued in his individual capacity; and UNKNOWN AGENTS OF U.S. CUSTOMS AND BORDER PROTECTION, sued in their individual capacities<br><br>*Respondents.* | Case No. 1:18-cv-51<br><br>Judge Dan Aaron Polster<br><br>**Proof of Service** |

The *Rule 41(g) Motion for Return of Property* of Movants and copies of the Court's docket entries dated June 7, 2018 and June 11, 2018 were received by me on July 5, 2018.

I served the foregoing papers on Supervisory Special Agent Mark Salloum on July 5, 2018, by leaving said papers with Laura, who represented to me she was Agent Salloum's coworker, at Agent Salloum's place of business, to-wit, Immigration and Customs Enforcement (ICE), 925 Keynote Circle, Brooklyn Heights, Ohio 44131.

My fees are $160.50 for service.

I declare under penalty of perjury that this information is true to the best of my knowledge.

Date: 7-6-18

Keith King
United Research Inc.
P.O. Box 558
Perry, Ohio 44081

*Server*

111776.098901 4821-8772-8748