## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

RUSTEM KAZAZI; LEJLA KAZAZI; and
ERALD KAZAZI,

        *Movants,*

v.

U.S. CUSTOMS AND BORDER
PROTECTION; UNITED STATES OF
AMERICA; KEVIN McALEENAN,
Commissioner, U.S. Customs and Border
Protection, sued in his official capacity;
TIMOTHY STARK, agent of U.S. Customs
and Border Protection, sued in his individual
capacity; and UNKNOWN AGENTS OF U.S.
CUSTOMS AND BORDER PROTECTION,
sued in their individual capacities

        *Respondents.*

Case No. 1:18-cv-51

Judge Dan Aaron Polster

**Proof of Service**

The *Rule 41(g) Motion for Return of Property* of Movants and copies of the Court's docket entries dated June 7, 2018 and June 11, 2018 were received by me on June 16, 2018.

I served the foregoing papers on Special Agent Timothy Stark on June 19, 2018, by leaving said papers with Special Agent Jennings, who I understood to be Agent Stark's supervisor or coworker, at Agent Stark's place of business, to-wit, Immigration and Customs Enforcement (ICE), 925 Keynote Circle, Brooklyn Heights, Ohio 44131.

My fees are $374.50 for service.

I declare under penalty of perjury that this information is true to the best of my knowledge.

Date: 6/21/18

Keith King
United Research Inc.
P.O. Box 558
Perry, Ohio 44081

*Server*