# EXHIBIT 1

# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### Robert James McNamara

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2006.

I further certify that so far as the records of this office are concerned, Robert James McNamara is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 11th day of July

A.D. 2018

By: _____

*Deputy Clerk*