# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **RUSTEM KAZAZI, et al.,** | ) | CASE NO. 1:18 MC 51 |
| | ) | |
| Petitioners, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | <u>SCHEDULING ORDER</u> |
| | ) | |
| **U.S. CUSTOMS AND BORDER PROTECTION, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

On June 7, 2018, the Court scheduled a bench trial in Courtroom 18B of the Carl B. Stokes United States Court House beginning at 9:00 a.m. on Monday, December 10, 2018. To prepare for the bench trial, the parties shall do the following. **No later than 12:00 noon on Monday, December 3, 2018**, the parties shall file:

(1)  Case law on the burden of proof on the amount of money seized;

(2)  Stipulations;

(3)  Witness lists; and

(4)  Copies of any exhibits.

Counsel are reminded that the Court has set a time limit of **3 hours total** for this bench trial, so both sides need to work on stipulations and streamline their presentations.

**IT IS SO ORDERED.**

    */s/ Dan A. Polster    November 15, 2018*
**Dan Aaron Polster**
**United States District Judge**