IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RUSTEM KAZAZI; LEJLA KAZAZI; and ERALD KAZAZI, <br><br> *Movants*, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION; UNITED STATES OF AMERICA; KEVIN McALEENAN, Commissioner, U.S. Customs and Border Protection, sued in his official capacity; TIMOTHY STARK, agent of U.S. Customs and Border Protection, sued in his individual capacity; and UNKNOWN AGENTS OF U.S. CUSTOMS AND BORDER PROTECTION, sued in their individual capacities <br><br> *Respondents*. | Case No. 1:18-mc-51 <br><br> Judge Dan Aaron Polster <br><br><br> **DECLARATION OF PATRICK T. LEWIS** |

Patrick T. Lewis hereby declares and states as follows:

1.  This declaration is made in support of Movants' motion for attorney fees in the above-entitled matter.

2.  I am a partner of the firm Baker & Hostetler LLP and resident in the Firm's Cleveland, Ohio office. The focus of my practice is financial services litigation, although I have significant experience with civil rights litigation.

3.  I am a member in good standing of the bar of the Supreme Court of Ohio, the Northern District of Ohio, the Sixth Circuit Court of Appeals, and numerous other jurisdictions. I am a 2004 *cum laude* graduate of Harvard Law School and a 2000 *summa cum laude* graduate of the College of William & Mary in Williamsburg, VA.

4.  In this action, I served as local counsel on behalf of the Movants. In that capacity, I advised attorneys from the Institute for Justice about local practice, reviewed draft pleadings and other papers for filing, and provided similar assistance to Movants.

5.  I have personal knowledge of all facts stated herein and, if called upon to testify, I could and would competently testify to them.

6.  I have maintained contemporaneous time records for my work on this case in the ordinary course of my practice. I have reviewed these records and believe them to be true, accurate, and complete. My time records through June 8, 2018 have been produced.

7.  The time I spent on this action is reasonable and consistent with the scope of my representation of the Movants in this action. The hourly rate for which I seek compensation in this case, $435, is the standard hourly rate charged for my time by my Firm in 2018.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 12th day of December, 2018, at Cleveland, Ohio.

/s/ Patrick T. Lewis
Patrick T. Lewis

111776.098901 4824-4900-9282

# BakerHostetler

Rustem Kazazi
6348 Greenbrier Dr
Cleveland, OH  44130

| | |
|---|---|
| Invoice Date: | 12/5/2018 |
| Invoice Number: | 1205-001 |
| B&H File Number: | 111776/098901 |
| Tax ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**

**For Professional services rendered through June 8, 2018**

| | |
|---|---|
| **Fees:** | **5,355.00** |
| **Expenses and Other Charges:** | |
| Copier / Duplication (E101) | 335.40 |
| Postage (E108) | 181.73 |
| Color Copier (E101) | 738.50 |
| Filing Fees (E112) | 287.00 |
| | 1,542.63 |
| **Balance for this invoice due by 1/3/2019** | **$6,897.63** |

| Please Remit To: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, OH  44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code: KEYBUS33** |
| Reference Invoice No: | Email the "Remittance Copy" to |
| 50525761 | bakerlockbox@bakerlaw.com |

Rustem Kazazi

Invoice Date: 12/5/2018
Invoice Number: 1205-001
Matter Number: 111776.098901
Page 2

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/2018 | Lewis Patrick T | Strategize with Mr. Hottot regarding upcoming litigation. | 0.50 | 435.00 | 217.50 |
| 05/24/2018 | Lewis Patrick T | Contact Northern District of Ohio clerk regarding filing procedures; review draft pleadings; correspond with client. | 0.75 | 435.00 | 326.25 |
| 05/25/2018 | Lewis Patrick T | Review and analysis of complaint and declarations; confer with Mr. Hottot and Ms. Talcott regarding litigation strategy. | 1.50 | 435.00 | 652.50 |
| 05/30/2018 | Bhagat Ashish K. | Duplication of discs per Mr. Lewis. | 1.00 | 205.00 | 205.00 |
| 05/30/2018 | Lewis Patrick T | Assist with preparation of Rule 41(g) motion filing. | 1.50 | 435.00 | 652.50 |
| 05/31/2018 | Bhagat Ashish K. | Duplication of discs per Mr. Lewis. | 1.25 | 205.00 | 256.25 |
| 05/31/2018 | Lewis Patrick T | Attention to filing Rule 41(g) motion and attendant filings; confer with co-counsel; call from Judge Polster's chambers. | 2.75 | 435.00 | 1,196.25 |
| 06/04/2018 | Lewis Patrick T | Review and follow up on media inquiries and other matters. | 0.50 | 435.00 | 217.50 |
| 06/05/2018 | Lewis Patrick T | Confer with court and team members regarding upcoming court conference and other matters. | 0.50 | 435.00 | 217.50 |
| 06/07/2018 | Lewis Patrick T | Prepare for call with Judge Polster, including review of briefing and preparation of IJ co-counsel; participate in call with Judge Polster; follow-up regarding same. | 1.75 | 435.00 | 761.25 |
| 06/08/2018 | Lewis Patrick T | Prepare for and participate in conference call with Judge Polster regarding the litigation and potential settlement; follow-up with IJ regarding same. | 1.50 | 435.00 | 652.50 |

**Total Fees:** **5,355.00**