IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| RUSTEM KAZAZI, et al. | ) | CASE NO.: 4:18-mc-00051 |
| | ) | |
| Petitioners, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. CUSTOMS AND BORDER PROTECTION, et al. | ) ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF APPEAL

Respondent United States of America, by and through it counsel Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Assistant United States Attorneys Renée A. Bacchus and Lisa Hammond Johnson, hereby appeal under 28 U.S.C. § 1291 to the United States Court of Appeals for the Sixth Circuit from this Court's Opinion and Order dated March 1, 2019 (ECF No # 22 Order) wherein the Court granted Petitioners' Motion for Attorney Fees and Costs under the Civil Asset Forfeiture Reform Act of 2000 in the above-captioned case.

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney
        Northern District of Ohio


        <u>s/ Lisa Hammond Johnson</u>
        Lisa Hammond Johnson (#0061681)
        Renée A. Bacchus (#0063676)
        Assistant United States Attorneys
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio  44113-1852
        (216) 622-3679 – Hammond Johnson
        (216) 622-3707 -- Bacchus
        (216) 522-4982 – Facsimile
        Lisa.hammond.johnson@usdoj.gov
        Renee.bacchus@usdoj.gov

        Attorneys for Respondents


<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on March 29, 2019 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's filing system.

        <u>s/ Lisa Hammond Johnson</u>
        Lisa Hammond Johnson
        Assistant U.S. Attorney