Case No. 19-3270

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

RUSTEM KAZAZI; LEJLA KAZAZI; ERALD KAZAZI

    Petitioners - Appellees

v.

U.S. CUSTOMS AND BORDER PROTECTION; KEVIN K. MCALEENAN, Commissioner, US Customs and Border Protection; TIMOTHY STARK, Agent of US Customs and Boarder Protection; UNKNOWN AGENTS OF U.S. CUSTOMS AND BORDER PROTECTION; RONALD D. VITIELLO, Actin Director of Immigration and Customs Enforcement

    Respondents

and

UNITED STATES OF AMERICA

    Respondent - Appellant

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

        **ENTERED PURSUANT TO RULE 45(a),
        RULES OF THE SIXTH CIRCUIT**
        Deborah S. Hunt, Clerk

Issued: April 23, 2019